■ In the Matter of PAUL FERRARA, Appellant, v EDWARD V. REGAN, as New York State Comptroller and as Administrator of the New York State Policemen's & Firemen's Retirement System, Respondent.—Appeal from a judgment of the Supreme Court (Cheeseman, J.), entered September 25, 1989 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent denying petitioner's request for a redetermination of his retirement status.

Judgment affirmed, without costs, upon the opinion of Justice Paul E. Cheeseman. Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.